UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62292-CIV-DIMITROULEAS

RUDOLPH BETANCOURT,

Magistrate Judge Hunt

    Plaintiff,

vs.

HOLLYWOOD INN & SUITES, L.L.C.,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice ("Stipulation") [DE 14], filed herein on April 5, 2024. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 14] is hereby **APPROVED**;

2.     This case is **DISMISSED WITH PREJUDICE;**

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of April, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

1